**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ZOE EDWARDS,

        Plaintiff,

v.

MHM HEALTH
PROFESSIONALS, LLC,

        Defendant.

CASE NO. 3:20-cv-01054-MMH-JRK

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant MMH Health Professionals, LLC, by and through its undersigned counsel, hereby notifies this Honorable Court the parties have agreed upon an amicable settlement in the above-referenced action. The settlement documents are currently being prepared. Each party will bear his or its own costs and fees. The Parties shall file a Joint Stipulation for Dismissal with Prejudice upon completion of the settlement.

Dated: March 18, 2021.

                                Respectfully submitted,
                                LITTLER MENDELSON, P.C.
                                111 N. Orange Avenue, Suite 1750
                                Orlando, Florida 32801-2366
                                Telephone:   (407) 393-2900
                                Facsimile:     (407) 393-2929

BY:   */s/ Natalie J. Storch*
        Kimberly J. Doud
        Fla. Bar No.: 523771
        Email: kdoud@littler.com
        Natalie J. Storch
        Florida Bar No.: 0269920
        Email: njstorch@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a correct copy of the foregoing has been furnished electronic mail to:. Thomas L. Dickens, III, Esquire, Morgan and Morgan, P.A., 20 North Orange Avenue, 15th Floor, Post Office Box 4979, Orlando, Florida 32802, Email: tdickens@forthepeople.com and egeorge@forthepeople.com.

                                */s/ Natalie J. Storch*
                                Natalie J. Storch

4829-9865-6224.1